**Kale FLAGG, Plaintiff–Appellant**

**v.**

**STRYKER CORPORATION; Memometal Incorporated, USA, Defendants–Appellees.**

**No. 14–31169.**

United States Court of Appeals, Fifth Circuit.

Nov. 5, 2015.

Kristina Lee Furra Ohlmeyer, Ohlmeyer & Ohlmeyer, L.L.C., New Orleans, LA, for Plaintiff–Appellant.

Douglas John Moore, Meera Unnithan Sossamon, Irwin Fritchie Urquhart & Moore, L.L.C., New Orleans, LA, Robert M. Roach, Jr., Manuel Lopez, Roach & Newton, L.L.P., Houston, TX, for Defendants–Appellees.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

## ON PETITIONS FOR REHEARING AND REHEARING EN BANC

### BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.